# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| JAMES BAILEY, as Administrator of the Estate of BILLY JACK BAILEY, deceased, | |
|     PLAINTIFF/INTERPLEADER DEFENDANT, | CV ACTION NO.: _____ |
| vs. | |
| ALFA MUTUAL INSURANCE COMPANY | |
|     DEFENDANT/INTERPLEADER PLAINTIFF, | |
| vs. | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES; TRICARE c/o DEPARTMENT OF DEFENSE/DEFENSE HEALTH AGENCY, | |
|     THIRD-PARTY/INTERPLEADER DEFENDANTS. | |

## **NOTICE OF REMOVAL**

Defendants the Centers for Medicare & Medicaid Services ("CMS"), the agency within the United States Department of Health and Human Services that

administers the Medicare program, and Tricare, which is the health care program for service members and their families (collectively the "Federal Defendants"), by and through Jay E. Town, United States Attorney for the Northern District of Alabama, and Clinton Richardson, Assistant United States Attorney, give notice of the removal of the above-captioned civil action pursuant to 28 U.S.C. § 1442(a)(1), and shows as follows:

1. On or about February 8, 2018, Plaintiff/Interpleader Defendant James Bailey commenced this action by filing a Complaint in the Circuit Court of Dekalb County, Alabama, Case No.: 28-CV-2018-900033.00.

2. This case involves personal injury and wrongful death claims arising out of a motor vehicle accident, and the concomitant medical treatment that was provided by, *inter alia*, the Federal Defendants.

3. On or about November 18, 2019, Defendant/Interpleader Plaintiff Alfa Mutual Insurance Company ("Alfa") filed its Motion for Leave to File Third-Party and Counterclaim Complaint for Interpleader, (Doc. 54), and same was granted on or about November 19, 2019 (Doc. 58). The Federal Defendants were first added as parties to this proceeding pursuant to this third-party complaint filing, and the case has not yet gone to trial. Counsel for the United States and the Federal Defendants first received notice of the said pending action on or about December 18, 2019.

4. Under 28 U.S.C. § 1442, actions commenced in state court against federal agencies can be removed to federal district court for proper disposition. See *City of Jacksonville v. Department of Navy*, 358 F.3d 1307, 1310-1311 (11th Cir. 2003) (28 U.S.C. § 1442(a)(1) authorizes removal by the United States and its agencies to assert sovereign immunity). Here, the United States, and its agencies CMS and Tricare, have not waived sovereign immunity to permit any alleged cause of action, civil proceeding, or civil discovery to be taken with regard to them.

5. Venue of this removal is proper under 28 U.S.C. § 1446(a) because this Court is the district court and division embracing the place where the state court action is pending.

6. As required by 28 U.S.C. § 1446(a), attached hereto as Government Exhibit 1 are copies of all process, pleadings, and orders served upon the Federal Defendants in the Circuit Court action. In addition, as required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel of record and a copy is being filed with the Circuit Clerk of Dekalb County, Alabama.

**WHEREFORE**, the aforesaid action is hereby removed from the Circuit Court of DeKalb County, Alabama, to the United States District Court for the Northern District of Alabama, Middle Division.

Respectfully submitted,

JAY E. TOWN
United States Attorney

*/s/CLINTON RICHARDSON*
CLINTON RICHARDSON
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
ASB-0876-H41T
(205) 244-2115
(205) 244-2181 (fax)
Clinton.Richardson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I filed the foregoing with the Clerk of Court and served same by email and/or by Federal Express of such filing to:

W. Alan Duke, Jr., Esq.
Keith T. Belt, Jr., Esq.
Robert P. Bruner, Esq.
S. Drew Barnett, Esq.
Belt & Bruner, P.C.
880 Montclair Road, Suite 500
Birmingham, AL 35215
alan.duke@hamerlawgroup.com
(855) 414-2637
(888) 908-7234 (fax)
robertb@beltlawfirm.com
(205) 933-1500
drewb@beltlawfirm.com
(205) 933-1500

Jordan D. Watson, Esq.
David L. McAlister. Esq.
CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
jwatson@carrallison.com
(205) 949-2989
(205) 822-2057 (fax)
dmcalister@carrallison.com
(205) 822-2006
(205) 822-2057 (fax)

Patrick H. Tate, Esq.
Patrick L. Tate, Esq.
310 Alabama Ave. SW
Fort Payne, AL 35967
phtate@farmerstel.com
(256) 845-1047
pltatelaw@gmail.com
(256) 845-1047

Kimberly Ann Street
47703 U.S. Highway 11
Valley Head, Alabama 35989

Jarrod Samuel Martin
c/o Parent or Guardian of Jarod Samuel Martin
47703 U.S. Highway 11
Valley Head, Alabama 35989

                                                        */s/CLINTON RICHARDSON*
                                                       Assistant United States Attorney

# GOVERNMENT EXHIBIT 1
# THIRD-PARTY COMPLAINT BY ALFA MUTUAL INSURANCE COMPANY (2019)

**IN THE CIRCUIT COURT OF DEKALB COUNTY, ALABAMA**

| | |
|---|---|
| **JAMES BAILEY, as Administrator of the Estate of BILLY JACK BAILEY, deceased;** )<br>)<br>)<br>**PLAINTIFF/INTERPLEADER** )<br>**DEFENDANT,** )<br>)<br>VS. )<br>)<br>**ALFA MUTUAL INSURANCE COMPANY,** )<br>)<br>**DEFENDANT/INTERPLEADER** )<br>**PLAINTIFF,** )<br>)<br>VS. )<br>)<br>**CENTERS FOR MEDICARE AND MEDICAID** )<br>**SERVICES; TRICARE c/o DEPARTMENT OF** )<br>**DEFENSE/DEFENSE HEALTH AGENCY,** )<br>)<br>**THIRD-PARTY/INTERPLEADER** )<br>**DEFENDANTS.** ) | **CIVIL ACTION NO.: CV 18-900033** |

**ALFA MUTUAL INSURANCE COMPANY'S COUNTERCLAIM/THIRD-PARTY COMPLAINT FOR INTERPLEADER**

COMES NOW Interpleader Plaintiff, ALFA MUTUAL INSURANCE COMPANY (hereinafter "ALFA"), and pursuant to Rules 13, 14, and 22 of the Alabama Rules of Civil Procedure, submits the present Complaint for Interpleader via Counterclaim and Third-Party Complaint. In support of this pleading, Alfa states as follows:

1. This is an action for Interpleader brought pursuant to Ala. R. Civ. P. 22. Alfa seeks to pay its Uninsured Motorist and Med-Pay coverage under a policy of insurance issued to Billy Jack Bailey, while allowing third parties claiming an interest in said policy proceeds to either

maintain or withdraw their claims to such proceeds. Alfa further requests that it be discharged from any further liability to the Interpleader Defendants herein upon payment of the interpleaded sums.

## PARTIES

2. Alfa, as the interpleader plaintiff, is a corporation with its principal place of business located in Montgomery, Alabama. At all times relevant to this action, Alfa was doing business in Dekalb County, Alabama.

3. Interpleader/Counterclaim Defendant James Bailey, as Administrator of the Estate of Billy Jack Bailey, is and was a resident and citizen of Dekalb County, Alabama.

4. Interpleader/Third-Party Defendant Centers for Medicare & Medicaid Services ("Medicare"), upon information and belief, is an agent or entity of the United States Government and has asserted a lien and/or claim arising out of the medical treatment provided to Billy Jack Bailey related to the motor vehicle accident giving rise to this action.

5. Interpleader/Third-Party Defendant Tricare, a registered trademark of the Department of Defense, Defense Health Agency ("Tricare") upon information and belief, is an agent or entity of the United States Government and has asserted a lien and/or claim arising out of the medical treatment provided to Billy Jack Bailey related to the motor vehicle accident giving rise to this action.

## FACTS

6. On or about January 15, 2018, Billy Jack Bailey and his wife, Margaret, were involved in a motor vehicle accident in Dekalb County, Alabama with Jarrod Samuel Martin. Upon information and belief, Billy Jack Bailey was seriously injured in the accident, and received medical care as a result. Billy Jack Bailey ultimately passed away following the accident. James

Bailey was appointed as administrator of the Estates of Billy Jack Bailey and Margaret Bailey and brought a lawsuit against Jarrod Samuel Martin, Kimberly Ann Street, and Alfa.

7. Upon information and belief, at the time of the aforementioned accident, Billy Jack Bailey was a Medicare and Tricare beneficiary, and each entity paid benefits as a result of the medical treatment received by Mr. Bailey. Upon information and belief, Medicare asserts a claim/lien in the amount of $336,173.67, and Tricare asserts a claim/lien in the amount of $13,121.16. Of course, James Bailey, as the Administrator of the Estate of Billy Jack Bailey, has made claims of personal injury and wrongful death, in addition to the claim for uninsured/underinsured motorist benefits. Alfa is not aware of any additional claims or liens arising out of the motor vehicle accident or medical care received by Mr. Bailey following the accident at issue.

8. At the time of the January 15, 2018 motor vehicle accident, Billy Jack Bailey had in full force and effect a policy of automobile insurance (policy number A2325402) with Alfa. This policy provided uninsured/underinsured motorist coverage of $25,000 each person/$50,000 each accident, with two vehicles listed on the policy. Thus, the total uninsured/underinsured coverage available to Mr. Bailey was $50,000.00. Likewise, the automobile insurance policy with Alfa provided Mr. Bailey with $2,000.00 in Medical Payments coverage.

9. Counsel for Interpleader Defendant James Bailey, as Administrator of the Estate of Billy Jack Bailey, has attempted to resolve the claims/liens asserted by Medicare and Tricare, with no success.

10. Alfa, because of the numerous potential claims for the policy proceeds described above, is exposed and subject to conflicting and adverse claims and a multiplicity of suits involving

distribution of the proceeds of uninsured/underinsured motorist benefits coverage available to its insured.

11. Given the multiple claims that will exceed the amount of available insurance proceeds, Alfa seeks the Court's guidance as to which parties may be entitled to the proceeds. As such, Alfa requests this Honorable Court issue an order allowing Alfa to deposit and pay into the clerk's office the sum of $52,000, this being the maximum amount available under the above stated policy.

WHEREFORE, premises considered, Alfa respectfully requests this Honorable Court enter an order as follows:

a. Allowing funds of $52,000 to be paid by Alfa into the clerk of the court's office;

b. Requiring the Interpleader Defendants, and any additional parties who claim an interest for services or benefits rendered on behalf of Mr. Bailey, to file a response to this petition stating their respective claims to said funds paid into the clerk of the court's office by Alfa or to such portion of these proceeds as each may claim and litigate or settle between themselves.

c. That Alfa having paid into the clerk's office of this Court, the sum of $52,000.00 and that being the maximum disputed amount available to Billy Jack Bailey under the above-stated policy, be fully and completely discharged and released from any and all liability as to the Interpleader Defendants, both present and future, that may arise out of the automobile accident described above, or the medical care received by Billy Jack Bailey following the accident, or any benefits paid to or on behalf of Billy Jack Bailey.

Respectfully submitted,

/s/Jordan D. Watson
Jordan D. Watson (WAT082)
David L. McAlister (MCA011)
Attorneys for Interpleader Plaintiff
Alfa Mutual Insurance Company

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile:   (205) 822-2057
jwatson@carrallison.com
dmcalister@carrallison.com

**PLEASE SERVE THIRD-PARTY DEFENDANTS VIA CERTIFIED MAIL AT:**

Centers for Medicare & Medicaid
7500 Security Boulevard
Baltimore, MD 21244

Tricare
C/O Defense Health Agency
7700 Arlington Boulevard
Suite 5101
Falls Church, VA 22042-5101

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date, November __, 2019, electronically filed the foregoing with the Clerk of Court using the Alabama e-filing system which will send notification of such filing to all counsel of record:

W. Alan Duke, Jr., Esq.
Keith T. Belt, Jr., Esq.
Robert P. Bruner, Esq.
S. Drew Barnett, Esq.
Belt & Bruner, P.C.
880 Montclair Road, Suite 500
Birmingham, AL 35215

Patrick H. Tate, Esq.
Patrick L. Tate, Esq.
310 Alabama Ave. SW
Fort Payne, AL 35967

I hereby certify that I have this date, _____, served the foregoing via First-Class U.S. Mail to the following:

Jarrod Samuel Martin
C/O Parent or Guardian of Jarrod Samuel Martin
47703 U.S. Highway 11
Valley Head, Alabama 35989

Kimberly Ann Street
47703 US Highway 11
Valley Head, Alabama 35989

/s/Jordan D. Watson
OF COUNSEL